THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keisha
 Robinson, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2008-UP-416
 Submitted July 1, 2008  Filed July 21,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Robinson
 appeals her guilty plea of one count of forgery in an amount less than $5,000. 
 On appeal, Robinsons counsel alleges the
 plea did not meet the mandates of Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Robinsons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.